

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar Number 8264
LAUREN M. IBANEZ
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 10 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED CRIMINAL INDICMENT** |
| Plaintiff, | |
| vs. | Case No.: 2:25-cr-0352-RFB-NJK |
| AMIR-HASSAN MOHAMMED ABDULRAHIM, | **VIOLATIONS:** |
| Defendant. | Count One: 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Firearms Without a License |
| | Counts Two, Three, and Four: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Possession of a Firearm by a Prohibited Person |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*

1

Beginning on or about June 13, 2025, and continuing up and including July 10, 2025, in the State and Federal District of Nevada,

**AMIR-HASSAN MOHAMMED ABDULRAHIM,**

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, or manufacturing firearms that is, the defendant sold firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO
*Possession of a Firearm by a Prohibited Person*

On or about June 13, 2025, in the State and Federal District of Nevada,

**AMIR-HASSAN MOHAMMED ABDULRAHIM,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Attempt Carrying Concealed Weapon or Other Deadly Weapon*, on or about May 26, 2011, in Clark County, Nevada under case number C-10-269995-1; *Attempt Possession of a Firearm by Ex-Felon*, on or about January 4, 2012, in Clark County, Nevada under case number C-11-276785-1; *Assault with a Deadly Weapon*, on or about November 22, 2019, in Clark County, Nevada under case number C-18-334759-1; *Carrying Concealed Firearm or Other Deadly Weapon*, on or about June 29, 2022, in Clark County, Nevada under case number C-21-356007-1; and *Attempt Ownership or Possession of a Firearm by a Prohibited Person*, on or about January 3, 2023, in Clark County, Nevada under case number C-22-370336-1, did knowingly possess a firearm, to wit: Glock 43, 9mm pistol, bearing serial number BWCH042, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE
*Possession of a Firearm by a Prohibited Person*

On or about June 27, 2025, in the State and Federal District of Nevada,

**AMIR-HASSAN MOHAMMED ABDULRAHIM,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Attempt Carrying Concealed Weapon or Other Deadly Weapon*, on or about May 26, 2011, in Clark County, Nevada under case number C-10-269995-1; *Attempt Possession of a Firearm by Ex-Felon*, on or about January 4, 2012, in Clark County, Nevada under case number C-11-276785-1; *Assault with a Deadly Weapon*, on or about November 22, 2019, in Clark County, Nevada under case number C-18-334759-1; *Carrying Concealed Firearm or Other Deadly Weapon*, on or about June 29, 2022, in Clark County, Nevada under case number C-21-356007-1; and *Attempt Ownership or Possession of a Firearm by a Prohibited Person*, on or about January 3, 2023, in Clark County, Nevada under case number C-22-370336-1, did knowingly possess a firearm, to wit: Ruger, Model AR-556 Rifle, bearing serial number 858-23460, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR
*Possession of a Firearm by a Prohibited Person*

On or about July 10, 2025, in the State and Federal District of Nevada,

**AMIR-HASSAN MOHAMMED ABDULRAHIM,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Attempt Carrying Concealed Weapon or Other Deadly Weapon*, on or about May 26, 2011, in Clark County, Nevada under case number C-10-269995-1; *Attempt Possession of a Firearm by Ex-Felon*, on or about January 4, 2012, in Clark County, Nevada under case number C-11-276785-1; *Assault with a Deadly Weapon*, on or about November 22, 2019, in Clark County, Nevada under case number C-18-334759-1; *Carrying Concealed Firearm or Other Deadly Weapon*, on or about June 29, 2022, in Clark County, Nevada under case number

C-21-356007-1; and *Attempt Ownership or Possession of a Firearm by a Prohibited Person*, on or about January 3, 2023, in Clark County, Nevada under case number C-22-370336-1, did knowingly possess a firearm, to wit: DPMS Inc., Model AR-15 Rifle, bearing serial number: DKF901073, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**DATED:** this 10th day of December, 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Deputy Attorney General

_____
LAUREN M. IBANEZ
Assistant United States Attorney

4